UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                          CASE NO: 2:16-cr-115-FtM-38CM

GORGE VARGAS,
JAVIER MARTIN VILLAR,
DANIEL VARGAS, and
ZACHARIAS AGUEDO,

## ORDER

This matter comes before the Court upon hearing at trial in this matter. Upon due consideration of the arguments of counsel, the Court Orders the Lee County Sheriff's Office to produce an unredacted copy of the confidential information package for informant number 15-035 for the Court's in camera inspection.

Accordingly, it is now

**ORDERED**:

The Lee County Sheriff's Office shall produce a copy of the confidential informant package for informant 15-035 for in camera inspection.

**DONE AND ORDERED** at Fort Myers, Florida, this January 23, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:   Counsel of Record