UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. Case No: 2:15-cr-115-SPC-DNF

GORGE ANTONIO VARGAS

---

**OPINION AND ORDER**

Before the Court are the United States Probation Office's Memorandum (Doc. 656) Defendant Gorge Antonio Vargas' Unopposed Motion for Sentence Reduction Under Amendment 821 (Doc. 665). In August 2017, the Court imposed a 400-month sentence for two counts related to drugs. (Doc. 443). Defendant is eligible, however, for a sentence reduction under 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10, and Part A of Amendment 821.

It used to be that a defendant who committed the instant offense while under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status received two extra criminal history points. But Part A of Amendment 821 has changed that procedure. Now defendants can move to reduce the extra points if they meet three criteria: (1) the defendant was assessed two status points under § 4A1.1(d) (now § 4A1.1(e)) and would be assessed only one status point under the amended guideline; (2) the reduction of status points would reduce the defendant's criminal history category and result in a lower guideline range;

and (3) the defendant received a higher sentence than the minimum of the amended guideline range. Probation's Memorandum says Defendant meets all three, and a review of the record confirms so.

The Court originally calculated Defendant's total offense level to be 38 and his criminal history category to be V, which translated to an advisory guidelines range of 360 months to life. The Court sentenced Defendant to 400 months of imprisonment.

Defendant's criminal history category would have been IV under the amended guidelines (the total offense level remains unchanged). The new criminal history category would render an advisory guidelines range of 324–405 months. Defendant asks that Court to reduce his sentence by 36 months to 364 months. The Government does not oppose his request. (Doc. 665 at 2).

After considering Probation's Memorandum and the parties' recommendation against the record and applicable law, the Court will reduce Defendant's sentence by 36 months under 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10, and Part A of Amendment 821. The Court thus grants Defendant's motion. The Court denies Defendant's request for an in-person hearing on the motion.

Accordingly, it is

**ORDERED**:

1. Defendant Gorge Antonio Vargas' Unopposed Motion for Sentence Reduction Under Amendment 821 (Doc. 665) is **GRANTED**.
2. Defendant's sentence is reduced to 364 months of imprisonment or time-served, whichever is greater.
3. Defendant's pro se Motion for Reduction of Sentence (Doc. 661) is **DENIED as moot** in light of this Order.

**DONE and ORDERED** in Fort Myers, Florida on August 28, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All parties of record